IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

      Plaintiff,                No. 2:09-cv-01969 GEB KJN P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,
                                ORDER
      Defendants.
                                /

      On April 13, 2011, plaintiff filed a document entitled "Motion Not to Dismiss Due to Fees." This prisoner civil rights action was closed on March 31, 2011, when the case was dismissed and judgment was entered. Plaintiff's recent filing is not one contemplated by the Federal Rules of Civil or Appellate Procedure. This document will therefore be disregarded. The Clerk of Court is directed to vacate the "motion." Plaintiff is advised that the court will disregard, and will issue no response to, any future filings in this closed case.

      SO ORDERED.

DATED: April 20, 2011

                                          _/s/ Kendall J. Newman_
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

harp1969.closed